UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Maria D. Lara | ) | BK No.: 11-52251 |
| | ) | Chapter: 13<br>Honorable Jack B. Schmetterer |
| Debtor(s) | ) | |
| Maria D. Lara | ) | Adv. No.: 12-00051 |
| Plaintiff(s) | ) | |
| Aztecamerica Bancorp Inc. | ) | |
| Defendant(s) | ) | |

**DEFAULT JUDGMENT ORDER REGARDING THE RELEASE OF AZTECAMERICA BANCORP, INC.'S UNDERLYING LIEN ON PLAINTIFF'S PROPERTY**

THIS MATTER COMING TO BE HEARD ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT TO RELEASE AZTECAMERICA BANCORP, INC.'S UNDERLYING LIEN ON PLAINTIFF'S PROPERTY, the Court with jurisdiction over both the parties and subject matter, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. Defendant's second mortgage lien on the property commonly known as 1932 North Keystone, Chicago, IL 60639 (hereinafter "Subject Property") shall be stripped pursuant to 11 U.S.C. §506(d) and Defendant shall release its lien upon the entry of a chapter 13 discharge order pursuant to 11 U.S.C. §1328(a). In the event that Defendant does not execute and deliver to the Plaintiff any termination statement, or other document that is or may be required to by law to release and discharge Defendant's second mortgage lien, Plaintiff shall be permitted to use this entered order along with the entered chapter 13 discharge order as authorization for termination and release of Defendant's second mortgage lien.

2. In the event that Plaintiff's chapter 13 case is converted, the provisions of 11 U.S.C. §348(f)(1)(C) shall apply.

3. In the event that Plaintiff's chapter 13 case is dismissed, the provisions of 11 U.S.C. §349(b)(1)(C) shall apply.

4. Defendant shall have an allowed unsecured claim in the amount listed as its secured lien upon filing of the Bankruptcy case.

5. In the event that the holder of the first mortgage lien on the Subject Property forecloses on it security interest and extinguishes Defendant's second mortgage lien prior to the Plaintiff's completion

of the chapter 13 plan and entry of a chapter 13 discharge order, then Defendant's lien shall attached to the surplus proceeds from the foreclosure sale in accordance with non-bankruptcy law.

Enter: Donald R. Cassling

Honorable Jack B. Schmetterer

United States Bankruptcy Judge

Dated: FEB 28 2012

**Prepared by:**

Valentin T. Narvaez, (6300409)
CONSUMER LAW GROUP, LLC
6232 N. Pulaski, Ste. 200
Chicago, IL 60646
Phone: 877. 509. 6422
Fax: 888. 270. 8983